IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JANE DOE (B.N.T.), AN INDIVIDUAL | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9-23-CV-198 |
| | § | |
| G6 HOSPITALITY, LLC, | § | |
| G6 HOSPITALITY IP, LLC, | § | |
| G6 HOSPITALITY PROPERTY, LLC, | § | |
| G6 HOSPITALITY PURCHASING, LLC, | § | |
| G6 HOSPITALITY FRANCHISING, LLC, | § | |
| MOTEL 6 OPERATING, L.P., LLC, | § | |
| MOTEL 6 DECATUR, INC., AND | § | |
| RADHESHVAR, LLC | § | |
| | § | |
| *Defendants* | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MOTEL 6 DECATUR, INC. N/K/A BANSARI, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Motel 6 Decatur, Inc. n/k/a Bansari, Inc. ("Bansari") in the above-captioned matter and identifies Philip R. McDaniel and Christy L. Kottwitz of the law firm of Weinstein Tippetts & Little LLP as counsel for Defendant Bansari. Such an appearance will not prejudice the rights of any of the parties.

Undersigned counsel requests that all pleadings, filings, notices, discovery requests, discovery responses, orders, and other papers in this matter be copied and served on the following additional counsel as provided under the Federal Rules of Civil Procedure:

Philip R. McDaniel
Christy L. Kottwitz

Weinstein Tippetts & Little LLP
7500 San Felipe, Suite 500
Houston, Texas 77063
Ph: (713) 244-0808
Fax: (713) 244-0801
philip.mcdaniel@wtllaw.com
christy.kottwitz@wtllaw.com
courtney.rose@wtllaw.com

Dated: June 12, 2026

Respectfully submitted,

*/s/ Philip R. McDaniel*
Philip R. McDaniel
State Bar No. 24060249
philip.mcdaniel@wtllaw.com
Christy L. Kottwitz
State Bar No. 24116635
christy.kottwitz@wtllaw.com
WEINSTEIN TIPPETTS & LITTLE LLP
7500 San Felipe, Suite 500
Houston, Texas 77063
Ph: 713-244-0800
Fx: 713-244-0801

**Attorneys for Defendant Motel 6 Decatur, Inc. n/k/a Bansari, Inc.**

2

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties appearing on the Court's ECF service list.

        */s/ Philip R. McDaniel*
        Philip R. McDaniel

3